■
324 So.2d 796
**In re Walt WHITFIELD**

v.

**STATE of Alabama.**

**Ex parte STATE of Alabama Ex rel.
ATTORNEY GENERAL.**

**SC 1201.**

Supreme Court of Alabama.

May 22, 1975.

William J. Baxley, Atty. Gen., and Charles N. Parnell, III, Asst. Atty. Gen., for the State, petitioner.

None for respondent.

MADDOX, Justice.

The Court has denied certiorari in the companion case of *Ex parte State (In re: Wilson v. State)*, 295 Ala. 218, 326 So.2d 315. Wilson was jointly indicted with Whitfield, see Ala.Cr.App., 56 Ala.App. 653, 324 So.2d 793. On authority of *Ex parte State (In re: Wilson v. State)* and *Ex parte State (In re: Edwards v. State)*, 294 Ala. 358, 317 So.2d 512 (Ms.) decided May 22, 1975, the writ of certiorari was improvidently granted. After remand, appeal was dismissed, Ala.Cr.App., 56 Ala. App. 656, 324 So.2d 797.

Writ quashed.

HEFLIN, C. J., and MERRILL, BLOODWORTH, JONES, SHORES and EMBRY, JJ., concur.

FAULKNER, J., dissents.

ALMON, J., not sitting.

■
326 So.2d 692
**In re Eva Austin WILLIAMS**

v.

**STATE of Alabama.**

**Ex parte Eva Austin Williams.**

**SC 1655.**

Supreme Court of Alabama.

Feb. 20, 1976.

Ralph C. Burroughs, Public Defender, Tuscaloosa, for petitioner.

None for the State.

FAULKNER, Justice.

Petition of Eva Austin Williams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in *Williams v. State*, 57 Ala.App. 158, 326 So.2d 686.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.